**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

---

| | |
|---|---|
| **EMILIA REA** | **CIVIL CASE NO. 26-1779 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT** | **MAGISTRATE JUDGE HORNSBY** |

---

## MEMORANDUM RULING AND ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (R. Doc. 1) filed by Petitioner Emilia Rea ("Rea"). At the time of filing, Rea was an immigration detainee at the South Louisiana ICE Processing Center in Basile, Louisiana. *See* R. Doc. 1 at 1. According to the Executive Office for Immigration Review[1] and the online detainee locator service[2], Rea is no longer detained by ICE. Court staff verified that Petitioner was removed on August 27, 2026.

An alien who has been finally removed from United States is not "in custody," as required for a court to have the power to grant a writ of habeas corpus. *See Merlan v. Holder*, 667 F.3d 538 (5th Cir. 2011) (per curiam); *Dien Thanh Ngo v. Johnson*, 3:19-CV-976, 2019 WL 3468909 (N.D. Tex. 2019) (collecting cases), *report and recommendation adopted*, 2019 WL 3459817 (N.D. Tex. 2019); 28 U.S.C. § 2241.

---

[1] https://acis.eoir.justice.gov/en/caseInformation

[2] https://locator.ice.gov/odls/#/results

Because Petitioner has been deported, **IT IS ORDERED** that the Petition (R. Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** this 25th day of September, 2026.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**